# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA,

    *Plaintiff*,

    v.

DAVID VALENTIN,

    *Defendant*.

No. 3:16cr74(MPS)

## ORDER REDUCING TERM OF SUPERVISED RELEASE

On October 9, 2020, the Court granted the defendant's motion for compassionate release. ECF No. 103. I ordered that Mr. Valentin serve a period of supervised release equal to the unserved portion of his original term of imprisonment, plus the four-year term of supervised release previously imposed. Mr. Valentin was scheduled to become eligible for release from prison on May 12, 2021. Therefore, he shall be on supervised release until that date, followed by an additional four years of supervised release (which was the originally imposed term). His term of supervised release is scheduled to end May 12, 2025.

In accordance with 18 U.S.C. § 3583(e)(1), the Court hereby ORDERS that Mr. Valentin's term of supervised release be reduced by 12 months in light of his successful completion of Support Court on March 17, 2023.  Given this reduction, Mr. Valentin's term of supervised release shall now conclude on May 12, 2024.

IT IS SO ORDERED.

_____/s/_____
Michel P. Shea
United States District Judge

Dated:    Hartford, Connecticut
         April 12, 2023